IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WYATT HOWARD DOC GOINS,<br><br>Defendant. | Case No. 23-MJ-312-JFJ |

## Motion for Detention

The United States moves for pretrial detention of Defendant, pursuant to 18 U.S.C. § 3148.

**1. Eligibility of Case.** This case is eligible for a detention order because there is clear and convincing evidence that the Defendant has violated conditions of his release as set forth in the Petition for Warrant for Defendant on Pretrial Release.

**2. Reason for Detention.** The Court should detain Defendant because (check all that apply):

☐ There are no conditions of release which will reasonably assure Defendant's appearance as required.

☒ There are no conditions of release which will reasonably assure the safety of any other person and the community.

☒ Defendant is unlikely to abide by any condition or combination of conditions of release.

Dated this 12th day of May, 2023.

                                          Respectfully submitted,

                                          CLINTON J. JOHNSON
                                          Acting United States Attorney

                                          */s/ Thomas E. Duncombe*
                                          Thomas E. Duncombe, DC Bar No. 1029476
                                          Assistant United States Attorney
                                          110 West Seventh Street, Suite 300
                                          Tulsa, Oklahoma 74119
                                          (918) 382-2700
                                          Thomas.duncombe@usdoj.gov